*Mr. S. C. Ford,* Attorney General, for Appellant.

---

No. 4,691.—STATE ex rel. C. O. WALDEN et al., Relators, *v.* DISTRICT COURT OF THE NINTH JUDICIAL DISTRICT et al., Respondents.

Original application for Writ of Supervisory Control.

Decided July 24, 1920.

PER CURIAM.—Relators' application for writ of supervisory control is denied.

*Mr. John W. Stanton,* for Relators.

---

Nos. 4,685 and 4,686.—STATE ex rel. STEPHEN ELY, Relator, *v.* S. V. STEWART, Governor.

Original application for Writ of Mandamus.

Decided July 26, 1920.

PER CURIAM.—This cause, heretofore submitted, this day came on for judgment and decision; whereupon, on consideration, it is ordered and adjudged that the motion to quash the alternative writ issued herein be and it is sustained and the proceedings dismissed.

*Messrs. Nolan & Donovan,* for Relator.

*Mr. Jas. A. Walsh, Mr. Wm. Johnston, Mr. Sydney Sanner* and *Mr. Henry C. Smith,* for Respondents.